UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES E. KILMER, JR.,

    Plaintiff,

Case No. 1:15-cv-62

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  March 14, 2016                   /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District